No. A–20 (O. T. 1999). ROBERTSON *v.* COMPTROLLER OF THE TREASURY. Ct. App. Md. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–2059. IN RE DISBARMENT OF BLUTRICH. Disbarment entered. [For earlier order herein, see 526 U. S. 1036.]

No. D–2060. IN RE DISBARMENT OF SCHAMBACH. Disbarment entered. [For earlier order herein, see 526 U. S. 1084.]

No. D–2064. IN RE DISBARMENT OF OLDS. Disbarment entered. [For earlier order herein, see 526 U. S. 1085.]

No. D–2065. IN RE DISBARMENT OF KULIE. Disbarment entered. [For earlier order herein, see 526 U. S. 1085.]

No. D–2067. IN RE DISBARMENT OF WEBB. Disbarment entered. [For earlier order herein, see 526 U. S. 1085.]

No. D–2069. IN RE DISBARMENT OF WALKER. Disbarment entered. [For earlier order herein, see 526 U. S. 1096.]

No. D–2071. IN RE DISBARMENT OF WOOLFORK. Disbarment entered. [For earlier order herein, see 526 U. S. 1108.]

No. D–2072. IN RE DISBARMENT OF WILSON. Disbarment entered. [For earlier order herein, see 526 U. S. 1109.]

No. D–2075. IN RE DISBARMENT OF COHEN. Disbarment entered. [For earlier order herein, see 526 U. S. 1129.]